UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KUMBA HINDS N'DOW | : | |
| | : | |
| VS. | : | NO. 3:12cv1558(RNC) |
| | : | |
| YALE UNIVERSITY | : | DECEMBER 15, 2012 |

## STATUS REPORT

1. ***FORMULATION AND SIMPLIFICATION OF ISSUES***

    Not necessary.

2. ***NECESSITY OR DESIRABILITY OF AMENDMENTS TO PLEADINGS***

    Not necessary.

3. ***POSSIBILITY OF ADMISSIONS***

    Should be deferred until the time of the Joint Trial Memorandum.

4. ***AVOIDANCE OF UNNECESSARY PROOF / CUMULATIVE EVIDENCE***

    Not necessary in this case.

5. ***APPROPRIATENESS AND TIMING OF SUMMARY ADJUDICATION***

    Current orders are satisfactory.

**6.**     *CONTROL AND SCHEDULING OF DISCOVERY*

Current orders are satisfactory.

**7.**     *IDENTIFICATION OF WITNESSES AND DOCUMENTS*

Current orders are satisfactory.

**8.**     *ADVISABILITY OF REFERENCE TO MAGISTRATE JUDGE*

May be appropriate at a later time, but premature at this time.

**9.**     *SETTLEMENT AND USE OF SPECIAL PROCEDURES*

Not needed at this time.

**10.**    *FORM AND SUBSTANCE OF PRETRIAL ORDER*

Current order is satisfactory.

**11.**    *DISPOSITION OF PENDING MOTIONS*

There are no pending motions.

**12.**    *NEED FOR SPECIAL PROCEDURES IN COMPLEX CASES*

Not applicable.

**13.**    *ORDER FOR SEPARATE TRIALS*

Not necessary.

**14.    ORDER RESPECTING ORDER OF PRESENTING EVIDENCE**

Not necessary.

**15.    ORDER RESPECTING TIME LIMITATIONS ON EVIDENCE**

Not necessary.

**16.    OTHER MATTERS**

None.

THE PLAINTIFF

BY: _____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203-562-9931
Fax:  203-776-9494
jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
JOHN R. WILLIAMS