UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KUMBA HINDS N'DOW              :
                                       :
VS.                             :     NO. 3:12cv1558(RNC)
                                       :
YALE UNIVERSITY              :     JANUARY 20, 2014

**<u>JOINT STIPULATION FOR DISMISSAL</u>**

      The undersigned parties hereby stipulate that the above-entitled action be

dismissed in its entirety without an award of costs, as the matter has resolved via

settlement.

PLAINTIFF,                           DEFENDANT,
KUMBA HINDS N'DOW              YALE UNIVERSITY.

By  /s/  *Rose Longo-McLean*       By  /s/  *Brock T. Dubin*
   Rose Longo-McLean, Esq.          Brock T. Dubin, Esq.
   (ct#28819)                        (ct #18777)
   John R. Williams & Associates      Donahue, Durham & Noonan, P.C.
   51 Elm Street, Suite 409         741 Boston Post Road, Suite 306
   New Haven, CT  06510           Guilford, CT 06437
   (203) 562-9931                  (203) 458-9168
   (203) 776-9494 fax             (203) 458-4424 fax
   r.l.mclean@johnrwilliams.com      bdubin@ddnctlaw.com

**CERTIFICATION**

      This is to certify that on January 20, 2014, a copy of the foregoing **Stipulation for Dismissal**, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        /s/ *Rose Longo-McLean*
        Rose Longo-McLean